UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jasmele Shywan Robinson　　　　　　　　　　　　　　　　Docket No. 5:16-CR-92-1BO

Petition for Action on Supervised Release

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jasmele Shywan Robinson, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 7, 2017, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jasmele Shywan Robinson was released from custody on January 11, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

According to Alcohol Law Enforcement Agent Reece Wilkerson, on July 18, 2018, officers attempted to conduct a traffic stop of Robinson's vehicle after a license tag review revealed that the defendant's driver's license was revoked. Robinson failed to initially pull his vehicle over for officers and continued to drive down multiple streets in Henderson, North Carolina, before finally stopping his vehicle. A search of the defendant's vehicle revealed a marijuana cigarette and beer placed in the passenger side. As a result, Robinson was subsequently charged with felony Fleeing to Elude Arrest with a Motor Vehicle (18CR52079), misdemeanor Possession of Marijuana Up to ½ Ounce, Open Container After Consuming Alcohol, and Driving While License Revoked (18CR52080) in Vance County District Court, North Carolina, and these case remain pending. To address this behavior, and in an effort to deter drug or alcohol abuse, we are recommending that Robinson be required to participate as directed in appropriate substance abuse treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Jasmele Shywan Robinson
Docket No. 5:16-CR-92-1BO
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/Linwood E. King<br>Linwood E. King<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8682<br>Executed On: July 24, 2018 |

### ORDER OF THE COURT

Considered and ordered this __24__ day of __July__, 2018, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge